IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY STRAHAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-2441 |
| | § | |
| WASTE MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff, Billy Strahan, moves "to expedite" consideration of his case. (Docket Entry No. 54). Final judgment was entered in December 2011 based on the Memorandum and Opinion granting the summary-judgment motion filed by the defendant, Waste Management. Strahan moved to reopen his case for several reasons, including that he did not know of the summary-judgment motion. (Docket Entry No. 49). This court denied the motion, explaining that "[t]he record shows that the summary judgment motion was properly served on Strahan, who had ample opportunity to respond and to present the evidence that he now cites as additional information the court should have considered." (Docket Entry No. 52, at 1). The record included the certified-mail receipt with Strahan's signature. In this motion, Strahan argues that the signature on the certified-mail receipt is not his but, rather, is a forgery. (Docket Entry No. 54, at 1). On the evidence submitted, the court cannot agree. Moreover, Strahan still has not filed any response that would justify a different result from the decision stated in the Memorandum and Opinion. The motion to expedite, which is broadly construed as seeking reconsideration, is denied.

SIGNED on February 27, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge